JOE PRICE v. STATE.

No. A-452. Opinion Filed February 6. 1911.

Appeal from Bryan County Court; Charles A. Phillips, Judge.

Appellant was convicted for escaping from the jailor of Bryan county and his punishment was assessed at six months' confinement in the county jail, and he appeals. Affirmed.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. There has been no appearance of counsel for appellant in this court. It appears that counsel for appellant has abandoned his appeal in this case. There is no material error in the record. The motion of the Attorney General to affirm this case for want of prosecution is therefore sustained and th's case is aff'rmed, with directions to the county court of Bryan county to proceed with the execution of the judgment.

---

LEWIS CARNES v. STATE.

No. A-412. Opinion Filed February 6, 1911.

Appeal from District Court, Haskell County; Malcolm E. Rosser, Judge.

Appellant was convicted of assault with intent to murder and his punishment was assessed at 21 months imprisonment in the penitentiary at McAlester.

PER CURIAM. The attorneys for appellant have filed a motion to dismiss this appeal, which motion is by the court sustained and the appeal is hereby dismissed.